# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BARBOUR,<br><br>    Petitioner,<br><br>    v.<br><br>ANDRE MATEVOUSIAN,<br><br>    Respondent. | Case No. 1:17-cv-00965-JLT (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR SUMMARY JUDGMENT<br><br>[Doc. 15] |

On January 16, 2018, Petitioner filed the instant motion for summary judgment. Petitioner claims that Respondent failed to file an answer to the petition as ordered by the Court; he is mistaken. On November 8, 2017, Respondent filed a response to the petition in accordance with the Court's order. (Doc. 14) A traverse was due on or before December 11, 2018, and the petition is currently pending review by the Court.

Accordingly, the Court hereby ORDERS that Petitioner's motion for summary judgment is DENIED.

IT IS SO ORDERED.

    Dated:   **January 23, 2018**              **/s/ Jennifer L. Thurston**
                                                                               UNITED STATES MAGISTRATE JUDGE